IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:96-CR-52 B |
| vs. | ) **ORDER** |
| GRAVITY SPORTS, et al., | ) |
| Defendants. | ) |

Defendants filed a Motion to Dismiss alleging that 36 C.F.R. § 2.17(a)(3), the statute under which they are charged, is a regulation invalid on its face because it directly conflicts with the federal statute that regulates the use of air navigation facilities in the United States. That statute is 49 U.S.C. § 40103(a) which, in pertinent part, provides that citizens of the United States have "a public right of transit through the navigable airspace" of this country. The government, on the other hand, argues that 36 C.F.R. § 2.17 is a valid and appropriate exercise of the National Park Service's authority to control and regulate the use of lands and waters within the National Park Service. In their documents, the government has also attached responses to an order issued in the case of *United States of America v. William Oxx, et al.*, by United States Senior District Judge Bruce S. Jenkins to the Federal Aviation Administration and the National Park Service. The nine questions with their appropriate responses have been reviewed by this court, as well as all other memoranda submitted by the parties.

This court specifically finds that 36 C.F.R. § 2.1783 has not been preempted. The National Park Service has by statute been charged with the duty to "promote and regulate the use" of the federal national parks, monuments, and recreation areas." 16 U.S.C. § 1. The secretary of the

49

interior is also charged with the responsibility of making and publishing "such rules and regulations as he may deem necessary or proper for the use and management of the parks, monuments, and reservations" under the National Park Service jurisdiction. 16 U.S.C. § 3. The Secretary of the Interior has a great deal of discretion in promulgating and in enforcing regulations for use of the national parks. As this court as previously stated in the case of *United States v. Layne*, 847 F. Supp. 888, 889 (D. Utah 1994) "16 U.S.C. § 1 creates the National Park Service within the Department of the Interior and authorizes the Secretary of the Interior to make regulations for the use of national parks."

For the foregoing reasons, the court specifically finds that the defendants' Motion to Dismiss should be **DENIED**.

The matter is hereby set for a status conference to set further proceedings on this matter on March 22, 1999, at 10:30 a.m.

**SO ORDERED** this 5th day of March, 1999.

BY THE COURT:

SAMUEL ALBA
United States Magistrate Judge

```
                                                              hom
                  United States District Court
                            for the
                       District of Utah
                       March 8, 1999


             * * MAILING CERTIFICATE OF CLERK * *


Re:   2:96-cr-00052



True and correct copies of the attached were mailed by the clerk to the
following:


      Wayne Dance, Esq.
      US ATTORNEY'S OFFICE
      ,
      JFAX 9,5245985

      Fred M. Morelli Jr., Esq.
      MORELLI COOK & PETERSEN
      403 W GALENA BLVD
      AURORA, IL   60506
      JFAX 8,630,8920479

      Mr. Thomas R Patton, Esq.
      ALDRICH NELSON WEIGHT & ESPLIN
      43 E 200 N
      PO BOX L
      PROVO, UT   84603-0200
```