FILED
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

DISTRICT OF UTAH

BY:
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DENNIS McGLYNN & GRAVITY | ) |
| | ) |
| Defendants. | ) |

Case No.  2:96-CR-52 B

**ORDER**

---

The Court having considered the Motion to Schedule Hearing as a Conference Call filed by defendants, and for good cause appearing,

**IT IS HEREBY ORDERED** that said Motion is **DENIED**.  Counsel for defendants is to be present at the March 22, 1999, hearing.

DATED this _16th_ day of March, 1999.

B Y   T H E   C O U R T :

SAMUEL ALBA
United States Magistrate Judge

hom

United States District Court
for the
District of Utah
March 17, 1999


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:96-cr-00052


True and correct copies of the attached were mailed by the clerk to the
following:


    Wayne Dance, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Fred M. Morelli Jr., Esq.
    MORELLI COOK & PETERSEN
    403 W GALENA BLVD
    AURORA, IL  60506
    JFAX 8,630,8920479

    Mr. Thomas R Patton, Esq.
    ALDRICH NELSON WEIGHT & ESPLIN
    43 E 200 N
    PO BOX L
    PROVO, UT  84603-0200