PAUL M. WARNER, United States Attorney (No. 3389)
MARK Y. HIRATA, Assistant United States Attorney (No. 5087)
Attorneys for the United States of America
United States Attorney's Office
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:96CR052B |
| Plaintiff, | : | |
| vs. | : | ORDER CONTINUING TRIAL DATE |
| GRAVITY SPORTS, LTD., DENNIS McGLYNN, | : | |
| Defendants. | : | Magistrate Judge Samuel Alba |
| | : | |

The Court, having considered the United States' Motion for Continuance and there being no objections to the motion by the defendants, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Court finds that several essential witnesses for the United States are unavailable to testify on April 27 and 28, 1999. Under these circumstances, a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

2. The present trial dates of April 27 and 28, 1999 are struck from the Court's calendar.

1

3. The Court shall hereafter set a new trial date.

4. The period of delay resulting from this continuance shall, pursuant to 18 U.S.C. § 3161(h)(3)(A), be excluded in computing the time during which the misdemeanor indictment in this case must commence.

DATED this 5th day of April, 1999.

*Samuel Alba*
The Honorable Samuel Alba
United States Magistrate Judge

2

hom

United States District Court
for the
District of Utah
April 6, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:96-cr-00052

True and correct copies of the attached were mailed by the clerk to the following:

    Wayne Dance, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Fred M. Morelli Jr., Esq.
    MORELLI COOK & PETERSEN
    403 W GALENA BLVD
    AURORA, IL   60506
    JFAX 8,630,8920479

    Mr. Thomas R Patton, Esq.
    ALDRICH NELSON WEIGHT & ESPLIN
    43 E 200 N
    PO BOX L
    PROVO, UT   84603-0200

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136