PAUL M. WARNER, United States Attorney(No. 3389)
MARK Y. HIRATA, Assistant United States Attorney(No.5087)
Attorneys for the United States of America
United States Attorney's Office
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
CLERK, U S. DISTRICT COURT
27 SEP 99 AM 10: 35
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:96CR052B |
| Plaintiff, | : | |
| vs. | : | ORDER GRANTING EXTENSION OF TIME |
| GRAVITY SPORTS, LTD., DENNIS McGLYNN, | : | |
| | : | |
| Defendants. | : | Judge Dee V. Benson |
| | : | |

The Court, having considered the United States' Motion for Extension of Time and there being no objections to the motion by the defendants, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government shall have up to and including October 12, 1999, within which to file its brief in response to the defendants-appellants' opening brief on appeal to the district court.



DATED this 24th day of Sept., 1999.

_____
The Honorable Dee V. Benson
United States District Judge

hom

United States District Court
for the
District of Utah
September 28, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re: 2:96-cr-00052

True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Mark Y. Hirata, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Fred M. Morelli Jr., Esq.
    MORELLI COOK & PETERSEN
    403 W GALENA BLVD
    AURORA, IL 60506
    JFAX 8,630,8920479

    Mr. Thomas R Patton, Esq.
    ALDRICH NELSON WEIGHT & ESPLIN
    43 E 200 N
    PO BOX L
    PROVO, UT 84603-0200