IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:96-CR-052B |
| Plaintiff, | : | |
| vs. | : | SUPPLEMENTAL ORDER GRANTING ACCESS TO TRIAL EXHIBITS |
| GRAVITY SPORTS, LTD., DENNIS McGLYNN, | : | |
| | : | |
| Defendants. | : | Magistrate Judge Samuel Alba |
| | : | |

The Court, having considered the United States' Supplemental Motion to Allow Access to Trial Exhibits, there being no objections to the motion by the defendants, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government is authorized to review and copy the videotape exhibits received by the Court into evidence at the trial of the above-captioned action on June 2 and June 3, 1999.

DATED this 12th day of Oct, 2000.

The Honorable Samuel Alba
United States Magistrate Judge

hom

United States District Court
for the
District of Utah
October 18, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:96-cr-00052


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Fred M. Morelli Jr., Esq.
    MORELLI COOK & PETERSEN
    403 W GALENA BLVD
    AURORA, IL  60506
    JFAX 8,630,8920479

    Mr. Thomas R Patton, Esq.
    ALDRICH NELSON WEIGHT & ESPLIN
    43 E 200 N
    PO BOX L
    PROVO, UT  84603-0200

    Mr. Mark Y. Hirata, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985