BRETT L. TOLMAN, United States Attorney (#8821)
JARED C. BENNETT, Assistant United States Attorney (#9097)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 23 2009

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | ORDER REMITTING FINE |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:96CR0052B-001 |
| GRAVITY SPORTS, LTD., | ) ) | Honorable Samuel Alba |
| Defendant, | ) ) | |

Based upon the motion of the United States, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sum of 5,000.00, the remaining balance of the fine, is remitted based upon the fact that reasonable efforts to collect the fine are not likely to be effective.

DATED this 23 day of Dec ,20 09

BY THE COURT:

Samuel Alba, MAGISTRATE JUDGE
United States District Court

415.WP